IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-8012-JPO |
| | ) | |
| ROBERT STEELE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case comes before the court on the motion of the defendant, Robert Steele, for transcripts of all court and grand jury proceedings and for a copy of the complete record of the court docket, including all filings, motions, petitions, notices, and affidavits (**doc. 10**). Although defendant has counsel of record (doc. 5), he has filed this motion pro se.

Given that this case was transferred to the Northern District of Texas following defendant's self-surrender and initial appearance, it is unlikely that there are any documents in this instant District of Kansas case that defendant or his attorney do not have access to or already possess. Accordingly, defendant's motion is denied without prejudice to his attorney filing a motion that properly requests specific documents.

IT IS SO ORDERED.

Dated December 14, 2010, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge
